# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRUCE LEON PROCTOR, | : | |
| Petitioner, | : | |
| | : | No. 1:19-cv-630 |
| v. | : | |
| | : | (Judge Rambo) |
| SCOTT FINLEY, | : | |
| Respondent | : | |

## ORDER

**AND NOW**, on this 10th day of February 2020, in accordance with the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1) is **DENIED**; and

2. The Clerk of Court is directed to **CLOSE** the above-captioned case.

                                                  s/Sylvia H. Rambo
                                                  SYLVIA H. RAMBO
                                                  United States District Judge